UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rosado,
    *Plaintiff*,
    v.

JA Cambece Law Offices,
    *Defendant.*

Docket No. 14-cv-1494  (JBA)

### ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that no further action in this matter is required as they have reached a settlement. This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by June 11, 2015.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 11th day of May 2015